Argued January 2—decided January 2, 1974

## WILLIAM R. SMITH ET AL. *v.* ROBERT J. GALLIVAN ET AL.

It appearing that the parties in the above-entitled case have failed to prosecute the appeal from the Superior Court in Hartford County, it is, under Practice Book § 696, ordered by the Supreme Court, suo motu, that the case be and hereby is dismissed.

*Richard M. Cosgrove*, assistant corporation counsel, and *Anthony M. Tapogna*, corporation counsel, for the appellants (defendants).

No appearance for the appellees (plaintiffs).

Argued January 2—decided January 2, 1974

## JAMES O. MARSHALL *v.* WILLIAM CLARK ET AL.

The plaintiff's motion for a review by this court of the order terminating a stay of execution in the appeal from the Superior Court in New Haven County is granted and the relief sought therein is denied.

*R. William Bohonnon*, in support of the motion.

Submitted December 17, 1973—decided January 2, 1974